UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Manuel Perez   JOINT DEBTOR: Lourdes Perez   CASE NO.: _____
Last Four Digits of SS# 9231   Last Four Digits of SS# 3871

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 110.00 for months 1 to 36;
B. $ _____ for months ___ to ___;
C. $ _____ for months ___ to ___; in order to pay the following creditors:

Administrative: Attorney's Fees and Costs - $ 4175.00   TOTAL PAID $ 1000 —
Balance Due   $ 3175 — payable $ 88.19 /month (Months 1 to 36)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.                          Arrearage on Petition Date   $ _____
Address:                    Arrears Payment $ _____ /month (Months ___ to ___) and
                            Regular Payment $ _____ /month (Months ___ to ___) and

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| United Consumer 865 Bassett Rd. Westlake, OH 44145 | Rainbo Vacuum $200.00 | 5.25% | $6.02 | 1-36 | $216.72 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____
Total Due   $ _____
Payable   $ _____ /month (Months ___ to ___).
Regular Payment $ _____

Unsecured Creditors: Pay $ 4.71 /month (Months 1 to 36) and pay $ _____ /month (Months ___ to ___).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

_____        x_____
Debtor                       Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)
*Reyes & Calas-Johnson, P.A. attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*